UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARD GOLDSBY,

    Defendant.

_____/

Case No. 17-cr-20455

Honorable Nancy G. Edmunds

**ORDER DENYING DEFENDANT'S LETTER REQUEST [31]**

Defendant Leonard Goldsby is currently in the custody of the Bureau of Prisons ("BOP") serving a 48-month term of imprisonment imposed in this case. The matter is before the Court on Defendant's letter request. (ECF No. 31.) Defendant requests that the Court forward to him copies of the docket sheet, sentencing transcript, plea agreement, and judgment filed in this case. But the Court is not required to provide transcripts to a defendant before he has asserted a facially viable claim. *United States v. Goston*, Case No. 15-cr-20694, 2018 U.S. Dist. LEXIS 230566, at *2 (E.D. Mich. Nov. 8, 2018); *See also* 28 U.S.C. § 753(f) (identifying circumstances under which a petitioner may be entitled to transcripts paid for by the United States). Because Defendant has no pending collateral attack, appeal, or motion to vacate pending, he is not entitled to free transcripts or court documentation.

If he so choses, Defendant may purchase the documentation he seeks for a fee. Per Local Rule 80.1, "[a]ll requests for transcripts from any proceeding held in the United

1

States District Court for the Eastern District of Michigan shall be in writing and addressed to the court reporter for the District Judge before whom the matter was heard."

For the foregoing reasons, Defendant's letter request is DENIED.

SO ORDERED.

                                s/Nancy G. Edmunds
                                Nancy G. Edmunds
                                United States District Judge

Dated: April 3, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 3, 2021, by electronic and/or ordinary mail.

                                s/Lisa Bartlett
                                Case Manager